Opinion of the court.

---

OWENS SNODGRASS *v.* JAS. H. NOLAN.

SUPREME COURT. *Appeals; when complete. Bond. Code* 1892, § 4355.

· "Though a decree recites that an appeal is granted, until the requisite bond is given, there is no appeal within the meaning of § 4355, code 1892, authorizing a dismissal of an appeal where the record is not filed on the return-day.

*Motion* in the supreme court.

The appellants, Owens Snodgrass and others, filed a bill in the chancery court of Yazoo county against James H. Nolan, administrator, and others. At the December term, 1893, the court sustained defendants' demurrer to the bill, and on December 28, 1893, during the same term, an order was entered granting complainants an appeal from the decree sustaining the demurrer, but no bond for appeal was given and no further step was taken in the lower court. At the March term, 1894, of this court the defendants filed in this court a copy of the decree and of the order granting an appeal, and moved to dismiss the appeal, on the ground that complainants had failed to prosecute it by giving bond and filing a transcript of the record in this court at the return-term.

Section 4355, code 1892, provides that where an appeal has been taken to the supreme court, and the appellant fails to file his transcript in this court on or before the return-day, the appellee may move to dismiss the appeal by producing a copy of the citation properly served and a certificate of the clerk in the court below that an appeal has been taken.

*Robert Bowman,* for motion.

CAMPBELL, C. J., delivered the opinion of the court.

An appeal has been taken to the supreme court within the

meaning of § 4355, code 1892, when it has been perfected, and not before. A party may pray an appeal in open court and obtain an order therefor, or may petition the clerk for an appeal, but that is not taking an appeal where the law requires more to perfect it. That is a step in the process of taking an appeal, and nothing more. It may be abandoned. It affects nobody. Of itself, not accompanied by the bond required, it affects nothing, and may be disregarded.

*Motion denied.*